UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAIRO ENRIQUE SAENZ CAMELO,

Petitioner,

v.

D. MARIN, *et al.*,

Respondents.

No. 5:26-cv-02321-MWC-PVC

**JUDGMENT (DKTS. 1, 25)**

Pursuant to the parties' joint proposed grant of judgment, *see* Dkt. # 25, the Court **ORDERS** as follows: (1) the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, *see* Dkt. # 1, is **GRANTED** and judgment is entered consistent with the reasons and findings set forth in the Petitioner's Motion for a Temporary Restraining Order granted by the District Court, *see* Dkt. # 12, on May 7, 2026, and the District Court's order granting a preliminary injunction, *see* Dkt. # 24, on May 22, 2026; and (2) Respondents are permanently **ENJOINED** from re-detaining Petitioner without providing notice and a pre-deprivation hearing before a neutral adjudicator.

**IT IS SO ORDERED.**

DATED: May 28, 2026

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge